# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **LaDonna Dennis,** | ) |
| **Plaintiff,** | ) |
| | ) No: 10-cv-06137 |
| v. | ) |
| | ) **JURY DEMANDED** |
| **National Credit Systems, Inc.,** *et. al.*, | ) |
| **Defendants.** | ) |

## STIPULATION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, **LaDonna Dennis**, and all **Defendants**, stipulate, and the Court hereby orders, as follows:

1. The dispute between all parties has been settled, therefore, the claims asserted by Plaintiff, **LaDonna Dennis**, against all **Defendants** are hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: June 17, 2011          /s/ Christian D. Elenbaas
                              Christian D. Elenbaas
                              Attorney for Plaintiff

Dated: June 17, 2011          /s/ Todd Stelter (with consent)
                              Todd Stelter
                              Attorney for all Defendants

2