IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LaDonna Dennis, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No: 10-cv-06137 |
| v. | ) |
| | ) JURY DEMANDED |
| National Credit Systems, Inc., *et. al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

PLEASE TAKE NOTE, that on June 17, 2011, I filed the attached Stipulation to Dismiss with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.

   /s/   Christian D. Elenbaas
Attorney for Plaintiff


Robert J. Semrad & Associates, L.L.C.
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

## CERTIFICATE OF SERVICE

I, the undersigned an attorney, certify that I filed this Notice of Filing through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on June 17, 2011.

   /s/   Christian D. Elenbaas
Christian D. Elenbaas
ARDC 6291530

ROBERT J. SEMRAD & ASSOCIATES, L.L.C.
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

1