UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

LaDonna Dennis
                                      Plaintiff,

v.                                                                      Case No.: 1:10−cv−06137
                                                                             Honorable Susan E. Cox

National Credit Systems, Inc., et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 17, 2011:

        MINUTE entry before Honorable Susan E. Cox: The parties having filed a stipulation to dismiss, the status hearing set for 6/20/11 at 9:30 a.m. is stricken. The above−entitled cause of action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1). Civil case terminated. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.